UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GARY S. KATZMANN, JUDGE

```
_____
ETEROS TECHNOLOGIES USA, INC.          :
                                       :
                      Plaintiff,       :
                                       :      Court No. 21-00287
              v.                       :
                                       :
UNITED STATES,                         :
                                       :
                      Defendant.       :
_____:
```

## ORDER

Upon consideration of defendant's consent motion for a thirty-day stay of the enforcement of judgment entered September 21, 2022, it is hereby

**ORDERED** that defendant's motion is granted; and it is further

**ORDERED** that the effectuation of Slip Op. 22-111 and judgment (Dkt. Nos. 38, 39), is hereby stayed for thirty (30) days, to and including November 21, 2022.

                                                /s/ Gary S. Katzmann
                                                Judge Gary S. Katzmann

Dated:   October 20, 2022
             New York, New York